Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

Janice Andujar

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The Department of Health + Human Services - Office of Civil Rights

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:20-cv-1798-ORL-40LRH
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in

---

forma pauperis.

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Janice Andujar
Address: 2439 Hickory Oak Blvd
City: Orlando   State: FL   Zip Code: 32718
County:
Telephone Number: 407 694 3662
E-Mail Address: jazzymylo1@gmail.com

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Roger Severino
Job or Title (if known): Director/Attorney
Address: STE 16T70 61 Forsyth St SW
City: Atlanta   State: GA   Zip Code: 30303
County:
Telephone Number: 800 368 1019
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Barbara Stampul
Job or Title (if known): Regional Manager

Address: STE 16T70 61 Forsyth St. SW Atlanta GA 30303

City: Atlanta   State: GA   Zip Code: 30303

County:

Telephone Number: 800 368 1019

E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3

Name:

Job or Title (if known):

Address:

City:   State:   Zip Code:

County:

Telephone Number:

E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name:

Job or Title (if known):

Address:

City:   State:   Zip Code:

County:

Telephone Number:

E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

Written by:
Janice Andujar
407 694 3662

Health and Human Services
Office of Civil Rights

HHS-OCR's failure to provide me services/Discrimination/Violation of civil, constitutional, Human, and Guardianship Rights

   A.   Are you bringing suit against

      I am bringing a suit against a FEDERAL OFFICIAL

   B.   Section 1983 allows claim alleging the "deprivation of any rights, privileges, or immunities secured by the Constitutional and (federal law)." 42 U S C 1983. If you are suing under section 1983, what federal constitution or statutory right do you claim is/are being violated by state and local officials?

      44 Powers of a Guardianship
      456 Health Professions and other occupations
      400 Nursing home and Other related Health Care facility
      No Fear Act
      Civil Rights Act
      FL Statute 395.3025 395.301
      Hippa right to access records
      FL Statute 164.524

   C.   Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens what constitutional right do you claim is ate being violated by federal officials?

HHS OCR took away my liberty by denying me services.

HHS OCR is keeping secrets from me about why they are not investigating my valid claims.

HHS OCR is claiming more power and authority than what the Constitution permits.

HHS OCR violated my right to government services.

HHS OCR is denying me the opportunity to participate in their political society, denying me my civil rights.

    D.   Section 1983 allow defendants to be found """"

Discrimination.
Failure to provide me services.
Violation of my Civil Rights
Violation of my Guardianship rights
Endangering my ward

III.  Statement of Claim

""

    A.   Where did the events giving rise to your claim occur?

On September 27, 2020, I emailed a letter to HHS asking about the status of my complaints. No answer.

**DH failed to provide my ward's medical records to me, attorneys, Department of Health, nursing home facilities, and others.

**DH is interfering in my HIPAA right of accessing medical records including untimely responses to access requests and overcharging for copies of medical records.

On September 25, 2020, I sent a fax to HHS OCR requesting the status of my complaints of not receiving medical records and visitation rights. No answer.

**Deltona Health Care violated my ward and my rights by restricting my visits to the ward one month before covid.

On September 22, 2020, I sent another email to HHS OCR requesting for help.

**Deltona Health Care is actively defaming my character to agencies within the state of Florida causing me denial of services by them.

On September 15, 2020, I faxed a letter to Roger Servino for failure to provide me service.

On August 31, 2020, the Law Office of KHA LLC mailed a letter to DH and HHS requesting medical records.

On September 8, 2020, I faxed a letter to HHS OCR attaching the letter from the attorney requesting for help.

On August 30, 2020, I faxed another letter asking for help.

HHS has the jurisdiction to require Deltona Health Care to honor my medical records requests and provide the patient's wards access to PHI or copies of health data contained in a 'designated record set' within 30 days of the request being received in which they failed and no one is holding them accountable for this.

HIPAA-covered entities, such as Deltona Health Care, that fail to provide copies of records in a reasonable time frame or charge excessive amounts for providing a copy of a patient's PHI are in violation of the HIPAA Privacy Rule – See 45 CFR 164.501.

It was reported to HHS OCR that in January 2020, I requested DH to directly mail my attorney, handling the guardianship of my ward, a complete packet of his medical records.  The attorney received 179 pages of a 8345 document, which was received late and an extension was not requested of the attorney.  This caused me delays, stress, mental anguish, and more.

On August 31, 2020, My attorney for Guardianship mailed a letter to Deltona Health Care requesting medical records and a copy of this letter was sent to HHS OCR.

**In May 2020, it was discovered by me that the medical records received by the attorney was incomplete so the Department of Health, my attorney for guardianship, and I made another request for a complete copy of the records.  Aliza Hopkins, with the Department of Health, forwarded me an invoice in the amount $2105 from DH to obtain records.

I have 179 pages of an 8345 document.

As of today, I do not have medical records of my ward.

 This is a failure to provide the ward access to the patient's designated record set was a clear violation of 45 C.F.R. § 164.524.

   B.  What date

 January 2020 until now.

My complaints with HHS OCR are closed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- mentally disturbed — can not comply with my role as guardian
- emotional stress — discriminated
- my rights were unlawfully removed
- financial drain — bias behavior from the state of FL!!
- discriminated by AHCA, HHS-OCR, Dept of Health
- refused services as a constituent of Florida
- deprived of my rights
- I have documents to support my allegations
- abuse of Public Officials, treated differently
- violation of due process

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- constant worry of ward
- cannot concentrate / sleep
- over eating — victim of retaliation
- head aches
- depression — no protection from the "No Fear Act" or "Civil Rights Act"
- worry for ward
- mental anguish
- depression
- anxiety
- rejection
- I feel like a failure
- medicated
- visits to psych.
- weight gain
- crying
- anxious
- rights removed from my ward and I
- financial loss
- humiliation
- anger
- suicidal thoughts

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

TBD

I want an award of $~~[redacted]~~ for the denial of services, punitive damages, negligence, deceptive practices, evasive practices, intentional negligence, negligent conduct, tort negligence

Page of 7

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/17/2020

Signature of Plaintiff: *Janice Andujar*

Printed Name of Plaintiff: Janice Andujar

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm   can not afford an attorney

Address

                                        *City*        *State*    *Zip Code*

Telephone Number

E-mail Address